# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# FRANKFORT DIVISION

| | |
|---|---|
| LINNEY'S PIZZA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM, <br><br> Defendant. | Civil Action No. 3:22-CV-71-GFVT |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Linney's Pizza, LLC respectfully notifies the Court that the U.S. District Court for the District of North Dakota has issued a memorandum order vacating the rule at issue in this case, Regulation II, 76 Fed. Reg. 43,394 (July 20, 2011), and staying its vacatur order pending the outcome of any appeal to the U.S. Court of Appeals for the Eighth Circuit. *See* Ex. A - Order, *Corner Post, Inc. v. Board of Governors of the Federal Reserve System*, No. 1:21-cv-00095 (D.N.D. Aug. 6, 2025). The U.S. District Court for the District of North Dakota found: (1) that Regulation II exceeded the Board's statutory authority under 15 U.S.C. §1693*o*-2(a)(4) because "the Durbin Amendment prohibits the inclusion of any cost in the interchange fee standard other than the incremental ACS cost of a transaction," *id.* at 21, (2) that Regulation II exceeded the Board's statutory authority because it included four additional costs that were "[p]rohibited by the Durbin Amendment," *id.* at 32, and (3) that Regulation II exceeded the Board's statutory authority because "[a] single fee standard for all [issuers]—even with an adjustable *ad valorem* component—cannot be squared with the Durbin Amendment's text," *id.* at 40.

Dated: August 7, 2025

Jennifer Kincaid Adams
BLACKBURN DOMENE BURCHETT PLLC
614 W. Main Street, Suite 3000
Louisville, KY 40202
(502) 371-0586
jadams@bdblawky.com

Respectfully Submitted,

/s/ *Tyler R. Green*
Tyler R. Green (pro hac vice)
CONSOVOY MCCARTHY PLLC
222 S. Main Street, 5th Floor
Salt Lake City, UT 84101
(703) 243-9423
tyler@consovoymccarthy.com

Bryan Weir (pro hac vice)
Frank H. Chang (pro hac vice)
Cody Ray Milner (pro hac vice)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
bryan@consovoymccarthy.com
frank@consovoymccarthy.com
cody@consovoymccarthy.com

*Counsel for Plaintiff Linney's Pizza, LLC.*

## CERTIFICATE OF SERVICE

I filed this brief on the Court's electronic filing system, which will email everyone requiring notice.

Dated: August 7, 2025                    /s/ *Tyler R. Green*